IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| MARIO NAVARRETE, | * | |
| Petitioner, | * | |
| v. | | Case No. 4:26-cv-859 (CDL-AGH) |
| | * | |
| WARDEN, VERONICA STEWART, | | |
| | * | |
| Respondent. | | |
| | * | |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 18, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 18th day of September, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk